

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00319-CR
No. 04-17-00320-CR

John K. **MARLON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2013CR10739W & 2013CR4990
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we REFORM the judgments as follows:

(1) in trial cause number 2013CR10739W to state: "Plea to Motion to Revoke: NOT TRUE," and to state "Punishment and Place of Confinement: 180 DAYS TDCJ-SJD AND A FINE OF $ 0.00 IMPRISONED (STATE JAIL)

(2) in trial cause number 2013CR4990 to state: "Plea to Motion to Revoke: NOT TRUE," and to state "Punishment and Place of Confinement: 180 DAYS TDCJ-SJD AND A FINE OF $ 0.00 IMPRISONED (STATE JAIL).

We AFFIRM the trial court's judgments as reformed.

SIGNED December 13, 2017.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice